# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL ANDERSON & SHARON D. ANDERSON          Case Number: 06-72323
2311 23RD ST. #5
ROCKFORD, IL  61108          SSN-xxx-xx-6885 & xxx-xx-1683

Case filed on: 12/7/2006
Plan Confirmed on: 5/4/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,359.15          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 004 | SELECT PORTFOLIO SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SUSAN J. NOTARIUS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 7.21 | 7.21 | 7.21 | 0.00 |
|  | Total Priority | 7.21 | 7.21 | 7.21 | 0.00 |
| 999 | MICHAEL ANDERSON | 0.00 | 0.00 | 688.80 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 688.80 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 2,136.41 | 200.00 | 200.00 | 5.04 |
| 003 | SELECT PORTFOLIO SERVICING | 23,715.20 | 1,441.17 | 1,441.17 | 0.00 |
|  | Total Secured | 25,851.61 | 1,641.17 | 1,641.17 | 5.04 |
| 001 | EDWARD HINES LUMBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 1,936.41 | 1,936.41 | 0.00 |
| 005 | AFNI A/S/F/ WILLIAM J. HOLDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GEICO DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IHC SWEDISH AMERICAN ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 1,239.21 | 1,239.21 | 1,239.21 | 0.00 |
| 012 | UNIVERSAL CASUALTY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VISITING NURSES ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 259.40 | 259.40 | 259.40 | 0.00 |
|  | Total Unsecured | 1,498.61 | 3,435.02 | 3,435.02 | 0.00 |
|  | Grand Total: | 30,357.43 | 8,083.40 | 8,772.20 | 5.04 |

Total Paid Claimant:     $8,777.24
Trustee Allowance:       $581.91
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan